# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————————

No. 1D18-3722

————————————————————

JUSTIN TAVARSE BARGE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————————

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

July 22, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROWE, and OSTERHAUS, JJ., concur.

————————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————————

Andy Thomas, Public Defender, and Megan Long, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.